UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STACEY CARTER #46844 | CIVIL ACTION NO. 20-cv-0058 |
| VERSUS | CHIEF JUDGE HICKS |
| CAREER SEARCH ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 13th day of August, 2020.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE